13169

LYNCH v. LYNCH *ET AL.*

(159 S. E., 26)

172

174

178

*Messrs. Willcox & Hardee,* for appellant.

*Messrs. A. F. Woods* and *D. Gordon Baker,* for respondent.

June 9, 1931.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

This Court is satisfied with the conclusions of Judge Dennis and the reasoning on which they rest, and the Circuit decree, appealed from, is affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES COTHRAN, CARTER and BONHAM concur.